UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| NICOLE SHIFFRAR, | ) | Civil No. 10-5048 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **JOINT MOTION FOR DISMISSAL** |
| CITY OF BELLE FOURCHE, DAVE SCHNEIDER, THOMAS MAUNDERS, and JUSTIN SHELLHAMMER, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Nicole Shiffrar and Defendant City of Belle Fourche, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), move the Court to dismiss this matter, with prejudice, with each party paying their own costs and attorney fees.

WHEREFORE, the parties pray that the Court dismiss this matter, with prejudice, each party to pay their own costs and attorney fees.

Dated this 2 day of September, 2010.

LYNN, JACKSON, SHULTZ & LEBRUN, P.C.

By: _____
Jane Wipf Pfeifle
909 St. Joseph Street, 8th Floor
P.O. Box 8250
Rapid City, SD 57709
jpfeifle@lynnjackson.com

Dated this 2 day of September, 2010.

BANKS, JOHNSON, KAPPELMAN & BECKER

By: _____
Jerry D. Johnson
731 St. Joseph Street, 2nd Floor
PO Box 9007
Rapid City, SD 57709-9007
jdjbjck@aol.com

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2010, I sent by regular United States mail, postage prepaid, to:

    Justin Shellhammer
    250 Juniper Drive
    Belle Fourche, SD 57717

    David Schneider
    524 Jackson Street
    Belle Fourche, SD  57717

    Thomas Maunders
    c/o Tea Police Department
    120 S. Main Avenue
    PO Box 61
    Tea, SD  57065-0061

a true and correct copy of **Joint Motion for Dismissal** and proposed **Order** relative to the above-entitled matter.

                                          Jane Wipf-Pfeifle