UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| NICOLE SHIFFRAR, | ) | CIV. 10-5048-JLV |
| | ) | |
| Plaintiff, | ) | ORDER FOR DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF BELLE FOURCHE, | ) | |
| DAVE SCHNEIDER, | ) | |
| THOMAS MAUNDERS, and | ) | |
| JUSTIN SHELLHAMMER. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' joint motion for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

ORDERED that the motion (Docket 17) is granted and this matter is dismissed, with prejudice, with each party to pay their own costs and attorney's fees.

Dated September 8, 2010.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE